IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUANO BERE,<br><br>   Plaintiff,<br><br>   v.<br><br>MGA HEALTHCARE STAFFING INC.,<br><br>   Defendant. | No. C 16-01346 WHA<br><br>**ORDER DISMISSING ACTION** |

On June 1, 2016, an order dismissed plaintiff's complaint. The order gave plaintiff until June 22, 2016, to file an amended complaint. Plaintiff did not file an amended complaint.

Plaintiff's complaint is **DISMISSED** for lack of prosecution. A final judgment will follow. The clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE