**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUANO BERE,

    Plaintiff,

v.

MGA HEALTHCARE STAFFING INC.,

    Defendant.

/

No. C 16-01346 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing the action for lack of prosecution, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff Suano Bere. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: July 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE